# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | WAUNITA R & ALOIS CRAIG WEINGART |
| **Case Number:** | 2:09-bk-15380-SSC  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 25, 2010 10:00 AM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matters:

1) **ADV: 2-09-01291**

   **NATIONAL CITY MORTGAGE vs ALOIS CRAIG WEINGART**

   CONTINUED RULE 16(B) SCHEDULING CONFERENCE RE REVOCATION OF DISCHARGE (Resch fr 12/17/09)

   **R / M #:**  1 / 0

2) **ADV: 2-09-01292**

   **Wells Fargo Bank, N.A. vs WAUNITA R WEINGART**

   CONTINUED RULE 16(B) SCHEDULING CONFERENCE RE REVOCATION OF DISCHARGE (Resch fr 12/17/09)

   **R / M #:**  1 / 0

## Appearances:

LEONARD V. SOMINSKY, ATTORNEY FOR WAUNITA R WEINGART, ALOIS CRAIG WEINGART
LEONARD MCDONALD, ATTORNEY FOR NATIONAL CITY MORTGAGE, WELLS FARGO BANK, N.A.

## Proceedings:

Parties asked the court to continue these matter along with the other adversary proceedings.

COURT: IT IS ORDERED CONTINUING THESE MATTERS TO MARCH 24, 2010 AT 10:00 A.M.